**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **BIG WILL ENTERPRISES INC.,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.:** |
| **v.** | **6:23-cv-00403** |
| **UBER TECHNOLOGIES, INC.,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or the "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Uber Technologies, Inc. ("Uber" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents:  10,521,846; 9,049,558; 8,977,230; 8,737,951; 8,559,914; and 8,452,273.

**2.**

BWE is an innovative company in sensor technology for determining human activities for health, safety and other uses.  BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities.  The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired.  BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users.  BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is a method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human.  A smart phone may be ina user's pocket, purse or backpack, for example and in no particular orientation.  U.S. 8,452,273 cols. 1-3.  BWE's sensor monitoring, processing

and communication technology is covered by the claims of the patents asserted in this action, as well as other BWE patents.

## JURISDICTION AND VENUE

### 4.

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

### 5.

Upon information and belief, Uber Technologies, Inc. a is transportation network company incorporated under the laws of Delaware with its corporate headquarters located at 1455 Market Street, Suite 400, San Francisco, California 94103.

### 6.

Upon information and belief, Uber may be served through its registered agent for service, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### 7.

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

### 8.

Defendant is subject to this Court's specific and general personal jurisdiction under due process and/or the Texas Long Arm Statute due at least to Defendant's substantial business in this judicial district, including:  (i) at least a portion of the infringement alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

**9.**

Venue is proper against the Defendant in this District pursuant to 28 U.S.C. § 1400(b) because Defendant has maintained an established and regular places of business in this District and has committed acts of patent infringement in this District. *See, In re: Cray Inc.*, 871 F.3d 1355, 1362-1363 (Fed. Cir. 2017).

**10.**

Defendant maintains a regular and established place of business in this District. Defendant intends to do and does business in, has committed acts of infringement in, and continues to commit acts of infringement in this District directly, through intermediaries, by contributing to and through their inducement of third parties (including its agents, subsidiaries, partners, affiliates, and end-users), and offers their products or services, including those accused of infringement here, to drivers and potential drivers located in Texas, including in this District.

**11.**

Upon information and belief and based upon public information, Defendant owns, operates, manages, conducts business, and directs and controls the operations of, and has agents and employees that work from and out of, facilities at locations in this District, including, but not limited to, the Uber Austin Headquarters facility at 400 W 15th Street, Austin, Texas 78701.

**12.**

On information and belief, Defendant provides mobility as a service and ride-hailing products and services customers residing in this State and District. Defendant provides a telematics smartphone application ("Uber – Driver") to Uber drivers who provide said mobility as a service and ride-hailing services to customers residing in this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendant has

had continuous and systematic contacts with this State and District, including sales of services to customers residing in this State and District.

**13.**

Defendant commits acts of induced infringement in this District, including, but not limited to inducing infringement by their parents, subsidiaries, partners, affiliates, and/or end-users through use of Uber telematic smartphone applications and related systems. Defendant commits acts of contributory infringement in this District, including, but not limited to contributing to infringement by their parents, subsidiaries, partners, affiliates, and/or end-users through use of Uber – Driver and other Uber telematic smartphone applications and related systems.

**ALLEGATIONS COMMON TO ALL COUNTS**

**14.**

Plaintiff ("BWE") owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 10,521,846 ("the '846 Patent"), entitled "Targeted advertisement selection for a wireless communication device (WCD)", issued on December 31, 2019; United States Patent No. 9,049,558 ("the '558 Patent"), entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,977,230 ("the '230 Patent"), entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on March 10, 2015; United States Patent No. 8,737,951 ("the '951 Patent"), entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; United States Patent No. 8,559,914 ("the '914 Patent") entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on October 15, 2013; and United States Patent No. 8,452,273 ("the '273 Patent"), entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless

communication device," issued May 28, 2013. Copies of the '846 Patent, the '558 Patent, the '230 Patent, the '951 Patent, the '914 Patent and the '273 Patent are attached as Exhibits 1-6.

**15.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses. These proprietary technologies and innovations have been developed since 2007 for the increased health, safety and well-being of its users. BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and is in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents, and falls, among others.

**16.**

BWE's sensor-based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as (a) the user travel method (e.g., car, bus, motorcycle, bike, snow skiing, skateboarding, bicycling, water vessel, airplane, train, swimming, etc.) and/or (b) the user motions (walking, running, climbing, falling, standing, laying down, bicycle peddling, swim strokes, etc.) and other human movements where capturing data and/or providing feedback is desired.

**17.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '846 Patent, the '558 Patent, the '230 Patent, the '951 Patent, the '914 Patent, and the '273 Patent, which are asserted in this action, as well as other BWE patents.

**18.**

Defendant is in the business of engineering, designing, supplying, and operating telematic smartphone applications and systems in support of its transportation services.

**COUNT I**

**DIRECT INFRINGEMENT OF THE '846 PATENT**

**19.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

**20.**

The claims of the '846 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity. Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

**21.**

The written description of the '846 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the priority date. The '846 patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

**22.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '846 Patent, through, among other activities, making, using, and incorporating into Defendant's telematic applications claimed systems and methods. Defendant's Uber – Driver

applications are provided, at least in part, as a smartphone-deployed driver-behavior monitoring and reporting solution.

**23.**

Independent Claim 1 of the '846 Patent, shown in italics, recites:

> *1. A method for use in connection with a wireless communication device (WCD) transported by a mobile thing (MT), the WCD having a computer architecture that has access to a memory, comprising: determining a mobile thing motion activity (MTMA) associated with the MT that is transporting the WCD based at least in part upon sensor data, the sensor data derived from one or more sensors associated with the WCD,*

The telematics solution is a system that uses a smartphone application for determining and reporting unsafe driver behaviors. The system includes smartphone accelerometers and gyroscopes for monitoring driver behaviors, such as hard braking, rapid acceleration and dangerous cornering.



> *the one or more sensors measuring physical movement of the WCD in three dimensional space and producing data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

The telematics solution monitors driver behaviors with sensors monitoring acceleration ("accelerometer") sensor data and/or angular velocity ("gyroscope") sensor data over time periods

from the internal smartphone sensor(s). The data from the 3 axis accelerometer and/or gyroscope is measured by using time values for statistical analysis for determining motion activities such as when a user starts (and stops) driving, hard braking and rapid accelerations and other unsafe driving habits.

Claim 1 continues:

> *selecting an advertisement based at least in part upon the determined MTMA; causing the advertisement to be communicated to the WCD; and*

The application offers customizable driver reporting and messaging. Using a combination of reports from passengers and analysis of data, drivers found to have been driving unsafely are to be sent in-app reminders and educational material.

> From today, any reports from a passenger who felt that their driver was driving too quickly will be reviewed by Uber, and if the telematics data indicates that they were, Uber will send educational materials to the driver.

> These notifications will contain educational information on the importance of road rules, and the kinds of distractions they should avoid. This new feature is separate to Uber's policy of removing a driver if they receive repeated reports of poor, unsafe, or distracted driving while using the app. [https://www.prodrivermags.com/news/uber-plans-to-use-driver-data-to-improve-road-safety-standards/.]



https://mashable.com/article/uber-pro-driver-rewards-free-tuition.

> *wherein the determining the MTMA comprises: storing a plurality of reference MTMA signatures in the memory, each of the MTMA signatures*

> *including frequency and/or time information associated with sensor data pertaining to a specific MTMA;*

The application stores reference data that contains accelerometer and/or gyroscope acceleration data that uses frequency and time for accurately identifying each activity (*i.e.*, hard braking, rapid acceleration and dangerous cornering) from the device movements (accelerations).

> *determining a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system; using the normalizing mathematical relationship, determining normalized data sets; analyzing the normalized data sets in the frequency and time domains;*

The raw accelerometer data contains gravity accelerations that must be normalized (removing the extra data) for accurately measuring the accelerometer's *x*, *y* and *z* axis. Gravity may also be used for determining the 3D coordinate system's *z* axis or vertical (and subsequently horizontal) positions for normalizing the live data into orthogonal data sets so the frequency and time domains are measuring vertical and horizontal accelerations separately and accurately.

Claim 1 concludes:

> *determining likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and selecting a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Based on a range of live data sets and how accurately these data sets match the motion activity referenced data, the motion activity is determined (or not) based on the likelihood ("thresholds and/or ranges of the frequency and time domains") set.

**24.**

Claim 2 of the '846 Patent, for example, recites:

> *2. The method of claim 1, wherein the advertisement is communicated to the WCD via an email or text message.*

Uber applications and systems monitor driver behavior and uses advertisement notifications and/or reward messages so participants are automatically enrolled to receive "in-app" messages, text messages and/or summary emails.

**25.**

Claim 3 of the '846 Patent, for example, recites:

> *3. The method of claim 1, further comprising determining an identification (ID) of the MT and wherein the selecting the advertisement is further based at least in part upon the determined ID in addition to the determined MTMA.*

Uber applications and systems monitor driver behavior and receives advertisements promoting driving score, and/or points, and/or standings.  This allows the server to message directly to the app, user-based on updated advertisements.

**26.**

Claim 4 of the '846 Patent, for example, recites:

> *4. The method of claim 1, further comprising determining a location of the WCD and wherein the selecting the advertisement is further based at least in part upon the location in addition to the determined MTMA.*

Uber applications and systems monitor driver behavior and determine the location and route that violations may have occurred (also when drivers finish and/or start routes).  Notifications and updated screens that show route and location violations, and driver scores are updated and provided to the application user.

**27.**

Claim 5 of the '846 Patent, for example, recites:

> *5. The method of claim 1, further comprising receiving a payment for or otherwise monetarily benefiting from causing the advertisement to be communicated.*

Uber applications and systems monitor driver behavior and uses driver scores and gamification awards to change and improve driver behaviors.

**28.**

Claim 6 of the '846 Patent, for example, recites:

> *6. The method of claim 1, wherein the causing comprises enabling an advertiser to communicate the advertisement to the WCD by advising a remote computer system associated with the advertiser of the MTMA.*

Uber applications and systems monitor driver behavior and uses the driver's risky behavior to send predefined advertisements from a remote computer system that may be re-configured from time to time.

**29.**

Claim 7 of the '846 Patent, for example, recites:

> *7. The method of claim 1, further comprising enabling a user of the WCD to enable and disable the causing of the advertisement.*

Uber applications and systems allow smartphone users to optionally get notifications and messages sent to their phones and email addresses.

**30.**

Claim 8 of the '846 Patent, for example, recites:

> *8. The method of claim 1, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

Uber applications and systems monitor driver behavior using sensor data from the accelerometer and/or the gyroscope.

**31.**

Claim 9 of the '846 Patent, for example, recites:

> *9. The method of claim 1, wherein the steps are performed in the WCD itself or in one or more communicatively coupled computer systems that are remote from the WCD and that receive the sensor data from the WCD.*

Uber applications and systems monitor driver behavior from the internal sensors and also uses servers to make certain decisions that enhance the accuracy of smartphone data. For example, the driver score is calculated based on at least in part the smartphone's sensor data that determines violations such as hard braking, rapid acceleration and dangerous cornering while driving.

**32.**

Claim 10 of the '846 Patent, for example, recites:

> *10. The method of claim 1, wherein the WCD is communicatively coupled to a remote computer system and wherein the memory is associated with the remote computer system.*

Uber applications and systems monitor driver behavior and uses the sensors and also uses servers to make certain decisions that are remote from the users/smartphones.

**33.**

Independent Claim 12 of the '846 Patent, shown in italics, recites:

> *12. A wireless communication device (WCD) transported by a mobile thing (MT), comprising: one or more transceivers designed to enable access to a remote computer system, the remote computer system designed to select a targeted advertisement and enable the advertisement to be communicated or accessed by the WCD;*

The defendant's telematics solution is a system that uses a smartphone application for determining and reporting unsafe driver behaviors. The system uses memories, program code and processors within smartphones to monitor and process accelerometers and gyroscopes data for monitoring when a user is driving, and driver events. Events may include determining the accuracy of Uber rider complaints associated with a driver, hard/frequent braking, aggressive accelerations, fast turns; distracted driving (by monitoring when smartphones are being handled by the driver), or accidents.

> From today, any reports from a passenger who felt that their driver was driving too quickly will be reviewed by Uber, and if the telematics data indicates that they were, Uber will send educational materials to the driver.

These notifications will contain educational information on the importance of road rules, and the kinds of distractions they should avoid. This new feature is separate to Uber's policy of removing a driver if they receive repeated reports of poor, unsafe, or distracted driving while using the app. [https://www.prodrivermags.com/news/uber-plans-to-use-driver-data-to-improve-road-safety-standards/.]



https://mashable.com/article/uber-pro-driver-rewards-free-tuition.

Claim 12 continues:

> one or more sensors associated with the WCD designed to produce sensor data, the sensor data indicative of physical movement of the WCD in three dimensional space and including data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;

Uber applications and systems monitor driver behaviors through the use of accelerometers with 3 or more axis sensors and/or gyroscopes with 3 or more axis sensors for monitoring three-dimensional space(s) that represent the motion. The data from the 3-axis accelerometer and/or gyroscope data is measured by using time values for statistical analysis for determining motions and activities.

> one or more memories designed to store computer program code; and one or more processors designed to execute the computer program code, the computer program code comprising: code designed to determine mobile thing motion activity (MTMA) of the MT that is transporting the WCD based

> *at least in part upon the sensor data and the statistical analysis of the*
> *physical movement of the WCD;*

Uber applications and systems use memory to store the program code and processor(s) to execute

the program code.  The application code determines the motion activity for determining at least in

part a motion activity through the use of the sensor data and the statistical analysis of the

movement.

Claim 12 continues:

> *code designed to communicate the sensor data or a mobile thing motion*
> *activity (MTMA) of the MT that is transporting the WCD and that is derived*
> *from the sensor data via the one or more transceivers to the remote*
> *computer system in order to enable selection of the targeted advertisement*
> *that is suited for the determined MTMA; code designed to receive and*
> *locally communicate the advertisement to a user interface of the WCD; and*

Code communicates the sensor data and motion activities of the smartphone to servers that process

the driver updates into scores, awards, and notifications that are used in the advertisements sent to

driver.  The code communicates the score, awards, and notifications to the smartphone display.

> *wherein the code designed to determine the MTMA comprises: code*
> *designed to store a plurality of reference MTMA signatures in the memory,*
> *each of the MTMA signatures including frequency and/or time information*
> *associated with sensor data pertaining to a specific MTMA; code designed*
> *to determine a normalizing mathematical relationship so that different data*
> *sets separated in time can be analyzed in the 3D coordinate system;*

Code is provided to normalize the live data into sets of data that may be measured in the frequency

and time domains allows the live 3D (3 or more axes from the accelerometer and/or gyroscope)

data to be compared to the reference data.  Code is used to determine time separations of the raw

data so it may be analyzed in a 3D coordinate system.

> *code designed to, using the normalizing mathematical relationship,*
> *determine normalized data sets; code designed to analyze the normalized*
> *data sets in the frequency and time domains; code designed to determine*
> *likelihoods associated with the stored MTMA signatures based at least in*
> *part upon the analyzing; and code designed to select a most likely MTMA*

> *signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Code is used to match timed data and analyze the normalized data sets in the frequency and time domains.  Code determines the likelihoods of the stored reference data, and selects the most likely motion activity from a plurality of reference data (signatures) based on such likelihoods.

**34.**

Claim 13 of the '846 Patent, for example, recites:

> *13. The WCD of claim 12, wherein the program code further comprises code to determine an identification (ID) associated with the MT and wherein the code to select the advertisement makes the selection based at least in part upon the determined ID of the user.*

The Uber applications and systems monitor individual driver behaviors, and provide scoring, coaching, and route details to each driver.  The system also uses a smartphone unique identifier to connect and send messages from the server to a driver's application.

**35.**

Claim 14 of the '846 Patent, for example, recites:

> *14. The WCD of claim 12, wherein the program code further comprises code to determine a location of the WCD and wherein the code to select the advertisement makes the selection based at least in part upon the location.*

Uber applications and systems monitor driver behavior and determine the user's location within the device and provides advertisements to the user when the user engages unsafe driving, finishes an activity (end of route), or when the user starts a new route.

**36.**

Claim 15 of the '846 Patent, for example, recites:

> *15. The WCD of claim 12, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

Uber applications and systems determine hard braking, rapid acceleration and dangerous cornering through the accelerations from the accelerometer and/or gyroscope.

**37.**

Claim 16 of the '846 Patent, for example, recites:

> 16. The system of claim 12, wherein the computer program code further comprises: code to determine a mathematical relationship between different data sets to enable analysis of the different data sets in the 3D coordinate system; and code to determine the MTMA based at least in part upon the analysis of the different data sets in the 3D coordinate system.

Uber applications and systems monitor driver behavior by determining a mathematical relationship between reference $x$, $y$ and $z$ data and different $x$, $y$ and $z$ data sets coming from the accelerometer and/or gyroscope in the 3D coordinate system. Multiple data sets matching an activity over a time period is needed to confirm most activities before it is logged.

## COUNT II

## DIRECT INFRINGEMENT OF THE '558 PATENT

**38.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

**39.**

The claims of the '558 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity. Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

**40.**

The written description of the '558 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and

improved upon what may have been considered conventional or generic in the art at the priority date. The '558 patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

**41.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics applications claimed systems and methods. Defendant's Uber – Driver applications are provided, at least in part, as a smartphone-deployed driver-behavior monitoring and reporting solution.

**42.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

Uber applications and systems use technologies for monitoring the behaviors of users while driving. The system uses smartphone applications for determining and reporting unsafe driver behaviors. The system utilizes the smartphone accelerometers and/or gyroscopes for determining driver behaviors, such as hard/frequent braking, aggressive accelerations and turns, distracted driving, and accidents.

> That Uber is able to track drivers' movement data passively and proactively may raise some eyebrows, but the company insists its reasons are legitimate. And when drivers sign up with Uber, they agree to give Uber access to such data.
>
> At the more immediate level, Uber said it wants to use this data to help verify feedback left by drivers and riders. So if a rider, for example, leaves

negative feedback for a driver because they drove too quickly, or hit the brakes too hard and too frequently, Uber can check to see whether that was the case. If the data proves otherwise, the driver's feedback record won't be impacted. [https://venturebeat.com/mobile/ubers-using-gyrometer-and-accelerometer-data-from-smartphones-to-verify-user-feedback/.]

How RideCheck Works - Since our first ride nearly a decade ago, GPS has been the backbone of the Uber experience. Every trip is on the map, so we know where and when you're riding and who's behind the wheel. By using this data and other sensors in drivers' smartphones, our technology can detect possible crashes or if a trip goes unusually off course. [www.uber.com/newsroom/ridecheck/.]

Claim 1 continues:

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Uber applications and systems monitor the smartphone's three-axis accelerometers and three-axis gyroscopes to determine driver behaviors. The accelerometer *x*, *y* and *z* axis data is used to sense and determine gravity. Defining the orientation of gravity determines a reference and orientation to increase the accuracy of identifying a Motion Activity (MT). Defining the ongoing stream of data representing gravity and orientation of gravity allows the data to be calculated for neutralizing the gravity inputs on one or more axis.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Uber applications and systems monitor the driver behavior by computing the smartphone's accelerometer *x*, *y* and *z* axis reference data that accounts for gravity. The live data is used for determining gravity accelerations, which is used within the reference data. Each segment of reference data represents the axis orientation and/or the removal of gravity accelerations from the *x*, *y* or *z* axis over time (sets, window, time domain, et cetera).



> *calculating movement data in the coordinate system of one or more other*
> *non-reference data sample values based upon the reference data; and*

Uber applications and systems monitor the driver behaviors and computes the live movement

accelerations in *x*, *y* and *z* accelerometer axis data over a short period of time (data blocks, sets,

time domain, et cetera).

> *determining a mobile thing motion activity (MTMA) associated with the MT*
> *based upon the movement data.*

Uber applications and systems determine when users are using hard/frequent braking, aggressive

accelerations and turns, distracted driving, and accidents from the movements (accelerations)

through the accelerometer and/or gyroscope data.

**43.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more*
> *sensors associated with a wireless communication device (WCD)*
> *transported by a mobile thing (MT), the first and second data indicative of*
> *movement of the WCD;*

Uber applications and systems use technologies for monitoring the behaviors of users while

driving.  The system uses smartphone applications for determining and reporting unsafe driver

behaviors.  The system utilizes the smartphone accelerometers and/or gyroscopes for determining

hard/frequent braking, aggressive accelerations and turns, distracted driving, and accidents.

> Will a driver be affected by false rider reports? Our teams proactively review each report for signs of fraud. We are continually implementing new processes and technology to identify and discourage user fraud. Any report we find to be related to fraud would not affect a driver's safety history or their status on the Driver app. Users who submit false information to Uber or otherwise engage in fraudulent activity violate Uber's Community Guidelines and risk losing access to the Uber platform. [https://www.uber.com/legal/en/document/?name=dangerous-driving-policy&country=united-states&lang=en.]

Claim 17 continues:

> *determining reference data that defines a reference framework from the first data;*

Uber – Driver application monitors driver behavior by using reference accelerometer and/or gyroscope data for the *x*, *y*, and *z* axes in a framework that allows for the recalculation of the data without the influences of gravity and/or using the gravity for determining vertical and horizontal positions of the accelerometer axes. The reference framework also includes the data from the time and frequency domain.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The accelerometer data is normalized in a time and frequency domain (sets) so the similar time and frequency may analyzed in the reference framework.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The reference data is compared with the live accelerometer and/or gyroscope data for determining when users are unsafely driving and when accidents occur from the second data.

**44.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Uber applications and systems use technologies for monitoring the behaviors of users while driving.  The system uses smartphone applications for determining and reporting unsafe driver behaviors.  The system utilizes the smartphone accelerometers and/or gyroscopes for determining driving and monitor driver behaviors, such as hard/frequent braking, aggressive accelerations, fast turns, distracted driving by monitoring when smartphones are being handled by the driver, and when accidents occur.

> How Uber is Using Telematics
>
> Uber's service is built around their smartphone app used by both drivers and customers, which gives them an opportunity to collect GPS, gyroscope and accelerometer data during Uber trips. Data is constantly collected during trips and sent to Uber's servers for processing and long-term storage.
>
> Uber sends drivers comparative reports on their driving habits by analyzing the trip data for rapid acceleration, harsh braking, speeding, or dangerous cornering, but also stores data to find long-term driver- or location-specific trends.
>
> The goal of using telematics for Uber is to improve driver safety and reduce car crashes. At the same time, they can gather important and useful information on roads, conditions, and driver reactions.
>
> For example, Uber might cut drivers off that they find to be consistently dangerous or poorly performing drivers, or Uber might store data for use in other services, such as the rate of hard braking in a certain city. This long-term data might be especially useful in Uber's work in developing autonomous cars.  [https://www.geotab.com/blog/uber-driver-tracking/.]

Claim 27 continues:

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

The defendant's telematics solution includes three-axis accelerometers and three-axis gyroscopes that monitor a user's are driving behavior by collecting and processing accelerometer and/or gyroscope data.

> *computing reference data, the reference data defining a relationship*
> *between data sample values and a reference framework to enable*
> *comparison of data sample values; calculating movement data based upon*
> *the reference data and the data sample values; and*

The telematics solution includes three-axis accelerometers and three-axis gyroscopes that monitor driver behavior and computes reference data within a time and frequency domain framework (values, size, time, peaks, frequencies, filtering out dominant frequencies, etc.) with accelerometer and/or gyroscope data that come from sensors.

> *determining an MTMA associated with the MT based upon the movement*
> *data.*

The three-axis accelerometers and three-axis gyroscope reference data is compared with the live accelerometer and/or gyroscope data to determine a motion activity.

**45.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store*
> *computer program code; one or more processors designed to execute the*
> *computer program code; and wherein the computer program code*
> *comprises:*

The defendant uses applications executed on smartphones with memories, processors and accelerometer sensors for monitoring the behaviors of users while driving. The smartphone applications determine and report when hard/frequent braking, aggressive accelerations, fast turns, distracted driving and accidents occur.

> Here's how it works: Uber will collect data from the driver's smartphone
> GPS, accelerometer, and gyroscope. Data is collected in real time, and the
> driving app will remind drivers to take a nap if it's a time people are usually
> tired, and advise drivers to use a phone mount if it appears that the driver
> isn't already.
>
> After the trip, drivers are sent post-trip notes that show things like how
> many times the brakes and gas were hit a little too hard. No more lying
> about a "bad" driver. Uber. Knows. All.
> [https://www.inverse.com/article/17684-uber-telematics.]

### Uber app crash detector

10/23/2018 8:30:53 AM



**Being on a business trip alone, in some distant African or Asian destination, may make you wonder: 'What if this taxi crashes, who will come to the rescue?' If you are in an Uber taxi, the answer could very well be: Uber.**

A new feature on the taxi app – the Ride Check – makes use of the sensors that work inside the smartphone. ITNews Africa reports that when the car you are in crashes, the app will pull data from the GPS chip and accelerometer in the phone. It will detect something must have happened. Both the driver and passenger will receive a pop-up message on their phone, asking if they are okay, and whether they need any help.

Claim 42 continues:

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The Uber application and system for determining/reporting unsafe driver behaviors includes three-axis accelerometers and three-axis gyroscopes for monitoring driver behavior by using code that analyzes accelerometer data and gyroscope data associated with the smartphone sensors. The accelerometer and/or gyroscope is indicative of the movement of the smartphone device.

> *code to determine reference data that defines a reference framework from the first data;*

The application monitors driver behavior by using code that defines reference data for hard/frequent braking, aggressive accelerations, fast turns, distracted driving , et cetera, which is compared to the actual movements/accelerations.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

24

Data sets from the movements (accelerations) are normalized by values, ranges, frequencies and/or time so as to be compared to reference data.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The system monitors driver behavior by an application running code that identifies motion activity based on comparing the data by the normalized second step.

**46.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Uber uses applications executed on smartphones with memories, processors and accelerometer sensors for monitoring the multiple behaviors of users while driving. The smartphone applications determine and report driver behaviors, such as hard/frequent braking, aggressive accelerations, fast turns, distracted driving, and accidents.



> From today, any reports from a passenger who felt that their driver was driving too quickly will be reviewed by Uber, and if the telematics data indicates that they were, Uber will send educational materials to the driver.
>
> These notifications will contain educational information on the importance of road rules, and the kinds of distractions they should avoid. This new feature is separate to Uber's policy of removing a driver if they receive repeated reports of poor, unsafe, or distracted driving while using the app.

Jamie Heywood, Regional General Manager for Northern and Eastern Europe at Uber, said: "When it comes to safety, our work is never done. That's why our team is constantly looking for new ways to make the best use of our industry-leading technology. While these alerts are simple, it's often the small reminders that drive the biggest changes in behaviour.

Claim 52 continues:

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Uber applications and systems monitor driver behavior using code to receive and monitor the *x, y* and *z* axis data from accelerometer and/or gyroscope sensors within the wireless communication device that are indicative of movement of the wireless communication device.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Uber applications and systems monitor driver behavior by using code that computes reference data with samples of live data to determine activities such as hard/frequent braking, aggressive accelerations, fast turns, distracted driving (by monitoring when smartphones are being handled by the driver), and when accidents occur via activity identifications.



> *code to calculate movement data based upon the reference data and the data sample values; and*

Uber applications and systems monitor driver behavior by using code that computes movement data and reference data.

*code to determine an MTMA associated with the MT based upon the movement data.*

Uber applications and systems monitor driver behaviors by using code that identifies motion activity based on the normalized data.

## COUNT III

## DIRECT INFRINGEMENT OF THE '230 PATENT

### 47.

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

### 48.

The claims of the '230 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity.  Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

### 49.

The written description of the '230 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the priority date.  The '230 patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

### 50.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '230 Patent through, among other activities, making, using, and incorporating into

Defendant's telematics applications claimed systems and methods. Defendant's Uber – Driver applications are provided, at least in part, as a smartphone-deployed driver-behavior monitoring and reporting solution.

**51.**

Independent Claim 1 of the '230 Patent, shown in italics, recites:

> *1. A computer system designed to communicate with a remote wireless communication device (WCD), the computer system comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Uber – Driver runs on smartphones (wireless communication devices) equipped with memory, code, and processors that execute the application code for determining human activities, including when driving vehicles, riding in vehicles, when users aggressively drive (hard braking/fast acceleration), and others by monitoring acceleration sensor data over time periods from the internal accelerometer sensor and/or gyroscope sensor.

> *instructions to receive sensed data from the WCD that derives the sensed data with one or more sensors associated with the WCD; instructions to make a comparison of the sensed data with reference data;*

The Uber – Driver application gets raw accelerometer data that is indicative of the smartphone's movements; by comparing the raw sensor data to the reference data, human activities, such as when a user starts driving a vehicle, when the user accelerates the vehicle, when the user engages the vehicle to stop quickly, when the user is finished driving, and when accidents occur, may be determined.

> *instructions to communicate a message to the WCD indicating whether or not the sensed data involves an activity relating to at least one of a user need for assistance, an accident, and a crime, based upon the comparison;*

Uber applications and systems use technologies for monitoring the behaviors of users while driving. The system utilizes smartphone accelerometers and/or gyroscopes for determining when accidents occur.

> That Uber is able to track drivers' movement data passively and proactively may raise some eyebrows, but the company insists its reasons are legitimate. And when drivers sign up with Uber, they agree to give Uber access to such data.
>
> At the more immediate level, Uber said it wants to use this data to help verify feedback left by drivers and riders. So if a rider, for example, leaves negative feedback for a driver because they drove too quickly, or hit the brakes too hard and too frequently, Uber can check to see whether that was the case. If the data proves otherwise, the driver's feedback record won't be impacted.      [https://venturebeat.com/mobile/ubers-using-gyrometer-and-accelerometer-data-from-smartphones-to-verify-user-feedback/.]
>
> How RideCheck Works - Since our first ride nearly a decade ago, GPS has been the backbone of the Uber experience. Every trip is on the map, so we know where and when you're riding and who's behind the wheel. By using this data and other sensors in drivers' smartphones, our technology can detect possible crashes or if a trip goes unusually off course. [www.uber.com/newsroom/ridecheck/.]
>
> *instructions to, when the sensed data involves the activity, enable one or more additional sensors associated with the WCD; and*

On information and belief, Uber – Driver enables additional sensors to obtain additional smartphone sensor data: When accidents happen the Uber – Driver telematics platform enables partners to gather information quickly and accurately to proactively respond. Crash detection allows emergency services to respond to the exact location within seconds of a crash.

> *instructions to receive additional sensed data from the WCD that derives the additional sensed data from one or more additional sensors.*

Uber – Driver obtains additional smartphone sensor data. Crash detection allows emergency services to respond to the exact location within seconds of a crash.

## Uber app crash detector

10/23/2018 8:30:53 AM



**Being on a business trip alone, in some distant African or Asian destination, may make you wonder: 'What if this taxi crashes, who will come to the rescue?' If you are in an Uber taxi, the answer could very well be: Uber.**

A new feature on the taxi app – the Ride Check – makes use of the sensors that work inside the smartphone. ITNews Africa reports that when the car you are in crashes, the app will pull data from the GPS chip and accelerometer in the phone. It will detect something must have happened. Both the driver and passenger will receive a pop-up message on their phone, asking if they are okay, and whether they need any help.

## COUNT IV

## DIRECT INFRINGEMENT OF THE '951 PATENT

## 52.

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

## 53.

The claims of the '951 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity. Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

## 54.

The written description of the '951 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and

improved upon what may have been considered conventional or generic in the art at the priority date. The '951 patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

**55.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics applications claimed systems and methods. Defendant's Uber – Driver applications are provided, at least in part, as a smartphone-deployed driver-behavior monitoring and reporting solution.

**56.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

The telematics solution is a system that uses a smartphone application for determining and reporting unsafe driver behaviors. The system uses memories, program code and processors within smartphones to monitor and process accelerometer and gyroscope data for monitoring driver events, such as for determining the accuracy of Uber rider complaint associated with a driver, hard/frequent braking, aggressive accelerations, fast turns, distracted driving, and accident occurrence.



https://www.pcmag.com/news/uber-app-can-now-detect-possible-crashes-offer-help.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

Uber applications and systems monitor driver behavior by using an application ("code") to monitor the accelerometer *x*, *y* and *z* axis, and/or gyroscope *x*, *y* and *z* axis data for determining when a user starts driving a vehicle, when the uses picks up and uses their phone while driving, and when the user stops driving a vehicle.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

Uber applications and systems determine when a user is driving and/or riding in a vehicle; this starts the driver monitoring processes.

> *instructions to communicate the data to a remote computer system.*

Uber applications and systems communicate surveillance information (hard braking, rapid acceleration and dangerous cornering, etc.) to a remote server.

## COUNT V

## DIRECT INFRINGEMENT OF THE '914 PATENT

### 57.

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

### 58.

The claims of the '914 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity.  Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

### 59.

The written description of the '914 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the priority date.  The '914 patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

### 60.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '914 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics applications claimed systems and methods.  Defendant's Uber – Driver applications are provided, at least in part, as a smartphone-deployed driver-behavior monitoring and reporting solution.

**61.**

Independent Claim 5 of the '914 Patent, shown in italics, recites:

> *5. A system comprising: at least one computing device; and at least one application executable in the at least one computing device, the application comprising:*

Uber applications and systems determine and report unsafe driver behaviors. The system includes smartphone accelerometers (x, *y*, and *z* axis) and gyroscopes (x, *y*, and *z* axis) for monitoring when users are driving, and driver events.



https://www.pcmag.com/news/uber-app-can-now-detect-possible-crashes-offer-help.

Claim 5 continues:

> *logic that determines a user activity and/or user surroundings;*

Uber applications and systems monitor when drivers are in moving vehicles based on the accelerometer data ("driving, not driving, walking, etc.").

> *logic that determines a surveillance mode that corresponds to the user activity and/or the user surroundings;*

Uber applications and systems determine when users driving, not driving, walking or other non-driving activity to monitor safety-related driving events (for determining the accuracy of Uber

rider complaint associated with a driver using hard/frequent braking, aggressive accelerations, fast turns, distracted driving by monitoring when smartphones are being handled by the driver, or if an accident occurred) in the surveillance mode.

> *logic that facilitates a user-defined response to the user activity and/or the user surroundings; and*

When Uber applications and systems determine unsafe events, the device sends and event messageto allow the driver (and rider) to see and respond to the messaging system.



A feature called Ride Check leverages the GPS and other sensors in a driver's smartphone to detect possible crashes, Uber CEO Dara Khosrowshahi explained.  If it detects an accident, Uber will ask you to confirm that you were involved in a crash.  If you say yes, the app will open Uber's new Safety Toolkit, which offers helpful features like a 911 button that lets you call emergency services with one tap . "This technology can also flag trip irregularities beyond crashes that might, in some rare cases, indicate an increased safety risk," Khosrowshahi wrote.  "For example, if there is a long, unexpected stop during a trip, both the rider and the driver will receive a Ride Check notification to ask if everything is OK." [https://www.pcmag.com/news/uber-app-can-now-detect-possible-crashes-offer-help.]

> *logic that communicates surveillance information to at least one remotely located computer device.*

Uber applications and systems communicate surveillance information of the driver' events to a monitoring center and/or to a server.

## 62.

Independent Claim 15 of the '914 Patent, shown in italics, recites:

> *15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings;*

Uber applications and systems determine and report unsafe driver behaviors. The system includes smartphone accelerometers (x, *y*, and *z* axis) and gyroscopes (x, *y*, and *z* axis) for monitoring driving events.

> How Uber is Using Telematics
>
> Uber's service is built around their smartphone app used by both drivers and customers, which gives them an opportunity to collect GPS, gyroscope and accelerometer data during Uber trips. Data is constantly collected during trips and sent to Uber's servers for processing and long-term storage.
>
> Uber sends drivers comparative reports on their driving habits by analyzing the trip data for rapid acceleration, harsh braking, speeding, or dangerous cornering, but also stores data to find long-term driver- or location-specific trends.
>
> The goal of using telematics for Uber is to improve driver safety and reduce car crashes. At the same time, they can gather important and useful information on roads, conditions, and driver reactions. [https://www.geotab.com/blog/uber-driver-tracking/.]

Claim15 continues:

> *determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings;*

Uber applications and systems determine when a user is driving and enters a surveillance mode for monitoring driving behavior.

> *facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and*

When Uber applications and systems determine an accident has occurred, the device displays the event to allow the driver to see and respond to the messaging system (if an accident occurred, if they need assistance, and more).

> *communicating, by the computing device, surveillance information to at least one remotely located computer device.*

Uber applications and systems communicate accident information and/or unsafe driving events of to a monitoring center, and/or to a server.

## COUNT VI

## DIRECT INFRINGEMENT OF THE '273 PATENT

### 63.

Plaintiff incorporates by reference the allegations of Paragraphs 1-18.

### 64.

The claims of the '273 patent are not directed to an abstract idea and are not limited to well-understood, routine, or conventional activity. Rather, the claimed inventions include inventive components that allow detection of various motion activities from sensors whose orientation is dynamic and unknown.

### 65.

The written description of the '273 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the priority date. The '273 patent also identifies and circumscribes all information necessary for a skilled

artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

**66.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, making, using, and incorporating into Defendant's applications, including Uber – Driver automatic programs for monitoring human activities while driving.

**67.**

Independent Claim 12 of the '273 Patent, shown in italics, recites:

> *12. A method, comprising: receiving first and second data from an accelerometer associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of acceleration of the WCD;*

Uber applications and systems determine and report unsafe driver behaviors. The system includes smartphone accelerometers for monitoring driver behaviors, such as hard/frequent braking, aggressive accelerations, fast turns, et cetera. Accelerometer data is measured in timed data blocks that include time and frequency measurements.



**Uber app crash detector**

10/23/2018 8:30:53 AM

Being on a business trip alone, in some distant African or Asian destination, may make you wonder: 'What if this taxi crashes, who will come to the rescue?' If you are in an Uber taxi, the answer could very well be: Uber.

A new feature on the taxi app – the Ride Check – makes use of the sensors that work inside the smartphone. ITNews Africa reports that when the car you are in crashes, the app will pull data from the GPS chip and accelerometer in the phone. It will detect something must have happened. Both the driver and passenger will receive a pop-up message on their phone, asking if they are okay, and whether they need any help.

> *determining reference data that defines a reference framework in two dimensions (2D) of space from the first data;*

Uber – Driver, coupled to a smartphone's sensors, determines gravity and its influences to the 3D data (accelerometer $x$, $y$ and $z$ axis) and corrects the gravity influences to the data and/or determines the vertical and horizontal directions of the sensed data to allow for the accurate calculation in a time and frequency domain that is in a 2D framework.



Claim 12 continues:

> *normalizing the second data with the reference data so that the second data can be analyzed in the 2D space; and*

39

In response to receiving live data, the data is sampled by time, ranges, and/or averages, which is using a 2D analysis with the removal of gravity influences and/or with the vertical and horizontal axis in a 2D space.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Uber applications and systems monitor driver behavior by measuring the live accelerometer data against a corrected (gravity corrected and/or rotation) time and/or frequency domain that identifies each motion activity such as users hard/frequent braking, aggressive accelerations, fast turns, distracted driving by monitoring when smartphones are being handled by the driver, and when accidents occur based on the normalized (corrected) data.

**68.**

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Uber applications and systems uses a smartphone for determining and reporting unsafe driver behaviors. The system includes smartphone accelerometers with $x$, $y$ and $z$ axes for monitoring driver violations in a 3D coordinate system for determining hard/frequent braking, aggressive accelerations, fast turns, distracted driving, and accidents.



**Uber app crash detector**

10/23/2018 8:30:53 AM

**Being on a business trip alone, in some distant African or Asian destination, may make you wonder: 'What if this taxi crashes, who will come to the rescue?' If you are in an Uber taxi, the answer could very well be: Uber.**

A new feature on the taxi app – the Ride Check – makes use of the sensors that work inside the smartphone. ITNews Africa reports that when the car you are in crashes, the app will pull data from the GPS chip and accelerometer in the phone. It will detect something must have happened. Both the driver and passenger will receive a pop-up message on their phone, asking if they are okay, and whether they need any help.

Claim 22 continues:

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

Uber – Driver applications use the accelerometer to determine gravity and its influences to the *x*, *y* and *z* axis of the 3D data and corrects the gravity influences to the data and/or determines the vertical direction of gravity of the sensed data to allow for the accurate calculation in a time and frequency domain.



> *calculating movement data for each set based upon the reference data; and*

By understanding the gravity influences, live data may be accurately calculated by direction, by time, peaks, ranges, and/or averages.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

By comparing the reference data with live accelerometer data that is normalized (by determining gravity direction, gravity influences, the data peaks, frequencies, timing, etc.), the motion activity is determined, logged and provided for determining the accuracy of Uber rider complaint associated with a driver using hard/frequent braking, aggressive accelerations, fast turns, distracted driving by monitoring when smartphones are being handled by the driver, or if an accident occurred.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against Defendant, granting the following relief:

That the Court enter a judgment that one or more claims of the '846 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '558 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '230 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '951 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '914 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent has been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '846, '558,'230, '951, '914, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demands a jury trial on all issues justiciable by

a jury.

Respectfully Submitted,

Dated:  May 24, 2023

/s/ Brett Thomas Cooke

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*